# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2166
_____

PHILLIP S. GEORGE, III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

_____

October 26, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Phillip S. George, III, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.